UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LC TECHNOLOGY INTERNATIONAL,
INC. and LACKAWANNA
CHIROPRACTIC P.C.,

    Plaintiffs,

v.                                      Case No: 8:17-cv-170-T-36JSS

BRIDGE POINT CAPITAL, LLC and
JOHN DOES 1-100,

    Defendants.
_____/

**O R D E R**

Before the Court is the Notice of Voluntary Dismissal (Doc. 10).  In accord with the Notice of Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)    The Notice of Voluntary Dismissal is **APPROVED** (Doc. 10).

2)    This cause is dismissed, without prejudice.

3)    The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on March 29, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record